DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.J.F.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES,** and
**GUARDIAN AD LITEM PROGRAM**,

Appellees.

No. 4D18-1120

[June 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Martz, Judge; L.T. Case No. 2016-DP-000799-JO.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children & Families.

Laura J. Lee, Sanford, for appellee Guardian Ad Litem Program.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***